United States Court of Appeals
For the Eighth Circuit

_____

No. 21-2088
_____

United States of America,

*Plaintiff - Appellee*,

v.

Nathan Stone,

*Defendant - Appellant*.
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: February 22, 2022
Filed: February 28, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Nathan Stone appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. Stone argues that the district court abused its

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

discretion by imposing a substantively unreasonable sentence after giving insufficient weight to mitigating factors such as his drug addiction and the nonviolent nature of his offense.

We review the reasonableness of a sentence under a deferential abuse-of-discretion standard. *Gall v. United States*, 552 U.S. 38, 41 (2007). We conclude that Stone's sentence was not substantively unreasonable, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Pickar*, 666 F.3d 1167, 1169 (8th Cir. 2012). The court made an individualized assessment based on the facts presented in its consideration of the factors under 18 U.S.C. § 3553(a). *See United States v. Stults*, 575 F.3d 834, 849 (8th Cir. 2009). Accordingly, we affirm.

_____